```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

SALLY A. MAHONEY,
    PLAINTIFF,

    V.                              CIVIL ACTION NO.
                                          08-10879-MBB

LOUISE MORGAN AND
BREWSTER VETERINARY HOSPITAL,
    DEFENDANTS.

## FINAL JUDGMENT

**January 19, 2011**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by this court and by a jury, it is **ORDERED** and **ADJUDGED** that plaintiff Sally A. Mahoney take nothing, that this action be dismissed on the merits, and that defendants recover of plaintiff their costs under Rule 54(d)(1), Fed. R. Civ. P.

                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge